IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEON ALFREDO GUTIERREZ RUBIO,** | § § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-369-KC |
| **WARDEN, ERO EL PASO CAMP EAST - MONTANA et al.,** | § § § § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. Heimary Hernandez filed a Petition for Writ of Habeas Corpus, ECF No. 1, on behalf of her husband, Leon Alfredo Gutierrez Rubio.

An "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242. But "[c]ourts do not automatically grant 'next friend' status under § 2242 to anyone that seeks to pursue an action on behalf of a petitioner." *Romanov ex rel. Romanova v. Frink*, No. 25-cv-3133, 2025 WL 2162290, at *2 (S.D. Tex. July 30, 2025) (citing *Whitmore v. Arkansas*, 495 U.S. 149, 163–64 (1990)). To proceed as "next friend" the individual must establish: (1) "an adequate explanation such as inaccessibility, mental incompetence, or other disability of why the real party in interest cannot appear on his own behalf" and (2) that the "next friend" is "truly dedicated to the best interests of the person" and has "some significant relationship with the real party in interest." *Page v. Hogans*, No. 15-cv-597, 2017 WL 11810133, at *1–2 (S.D. Miss. Sept. 5, 2017).

Here, although Hernandez meets the second requirement as Gutierrez Rubio's wife, she does not explain why Gutierrez Rubio cannot file a petition for a writ of habeas corpus on his own behalf. *See generally* Pet. She only alleges that Gutierrez Rubio has been detained for five months and ICE has failed to transport him to seven immigration court hearings. *See id.* at 1. But the Court receives many pro se petitions filed by detainees at the same facility where Gutierrez Rubio is held in custody, so his detention status, in and of itself, does not suffice to justify the need to proceed through a next friend.

The Court thus exercises its discretion to order a supplemental filing to determine whether Hernandez may proceed as "next friend" on behalf of Gutierrez Rubio. *See Lonchar v. Thomas*, 517 U.S. 314, 325 (1996) (quoting Habeas Rule 4 and citing Habeas Rule 7) (recognizing that district courts have "ample" discretion to "take such other action as the judge deems appropriate" and to "order expansion of the record").

Separately, the allegations in the Petition are lacking. The Petition states that Gutierrez Rubio has not been transported for his immigration court hearings, his next hearing is far in the future, and he is thus subject to "prolonged and indefinite detention." *See* Pet. 1. But it fails to include the date on which Gutierrez Rubio first entered the United States. Nor does it state whether he has ever previously been detained and released by immigration authorities. *See generally id.* And although the Petition names the Warden of ERO El Paso Camp East Montana, it appears that Gutierrez Rubio's address is at the El Paso Service Processing Center detention facility. *Compare* Pet. 1, *with* Receipt, ECF No. 1-1.

Accordingly, the Court **ORDERS** that, **by no later than March 2, 2026**, either:

(1) Hernandez must **FILE** written notice detailing (1) why Gutierrez Rubio cannot proceed with this petition for a writ of habeas corpus on his own behalf, (2) the date

on which he first entered the United States, (3) whether he has ever previously been detained and released by immigration authorities, and (4) the facility in which he is detained; or

(2) Gutierrez Rubio must **FILE** written notice expressing his intent to proceed with this petition on his own behalf, and explain (1) the date on which he first entered the United States, (2) whether he has ever previously been detained and released by immigration authorities, and (3) the facility in which he is detained.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send this Order to both Hernandez and Gutierrez Rubio via certified mail at the following addresses:

Heimary Hernandez
7777 McCallum Boulevard, Apt. 216
Dallas, Texas 75252

Leon Alfredo Gutierrez Rubio
A-241790552
8915 Montana Avenue
El Paso, TX 79925

**SO ORDERED**.

**SIGNED** this 10th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

3